AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:24-CV-11117-MAG-CI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Peyman Zamani**
was recieved by me on  **5/07/2024:**

[X]   I personally served the summons on the individual at **11616 Harry Hines Blvd, Dallas, TX 75229** on **05/08/2024 at 11: 49 AM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

[ ]    I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and $ 85.00 for services, for a total of $ 85.00.

I declare under penalty of perjury that this information is true.

Date:   05/08/2024

_____
*Server's signature*

**Sergio Aguirre**
*Printed name and title*

**117 linda lane
HEATH, TX 75032**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Peyman Zamani with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Middle Eastern male contact 45-55 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with an accent and a beard.**



Tracking #: 0132039461

