UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Volkswagen Group of America, Inc.,

        Plaintiff(s),

v.

Vdubs Only, Inc., et al.,

        Defendant(s).

Case No. 2:24-cv-11117-MAG-CI
Hon. Mark A. Goldsmith

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Peyman Zamani

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ M Sylvester
Deputy Clerk

Dated:  May 31, 2024