### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **VOLKSWAGEN GROUP OF AMERICA, INC.,** a New Jersey corporation,<br><br>    Plaintiff,<br><br>v.<br><br>**VDUBS ONLY, INC.,** a Texas corporation, and **PEYMAN ZAMANI**, an individual and principal of VDubs Only, Inc.,<br><br>    Defendants. | Civ. No. 24-11117-MAG<br><br>Honorable: Mark A. Goldsmith |
| Gregory D. Phillips (P80801)<br>PCFB LAW<br>4001 South 700 East, Suite 500<br>Salt Lake City, Utah 84107<br>Tel: (801) 935-4933<br>gdp@pcfblaw.com<br>Attorneys for Plaintiff | |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Volkswagen Group of America, Inc. ("VW"), pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-captioned action without prejudice. No answer or motion for summary judgment has been served by an opposing party.

DATED this 14th day of November, 2024.

                                      PCFB LAW

                                      By  /S/   GREGORY D. PHILLIPS
                                              Gregory D. Phillips
                                              Attorneys for Plaintiff
                                              VOLKSWAGEN GROUP OF
                                              AMERICA, INC.