UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VOLKSWAGEN GROUP OF
AMERICA, INC.,

      Plaintiff,                           Case No. 24-cv-11117

v                                         HON. MARK A. GOLDSMITH

VDUBS ONLY, INC. et al.,

      Defendants.
_____/

## ORDER OF DISMISSAL

On November 14, 2024, Plaintiff Volkswagen Group of America, Inc. filed a notice of voluntary dismissal with the Court (Dkt. 13). Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have not yet served an answer or motion for summary judgment, the Court hereby orders the instant action dismissed without prejudice.

      SO ORDERED.

Dated: November 19, 2024               s/Mark A. Goldsmith
Detroit, Michigan                           MARK A. GOLDSMITH
                                             United States District Judge